**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEVADA

Case number *(if known)* _____

Chapter you are filing under:

■ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this is an amended filing

## Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy
**12/17**

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Identify Yourself

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Johnny**<br>First name<br><br>**Estrada**<br>Middle name<br><br>**Gonzales**<br>Last name and Suffix (Sr., Jr., II, III) | **Anita**<br>First name<br><br>**Marie**<br>Middle name<br><br>**Gonzales**<br>Last name and Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br>Include your married or maiden names. |  | **FKA Anita Marie Ybanez** |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-4161 | xxx-xx-2280 |

Debtor 1  **Johnny Estrada Gonzales**
Debtor 2  **Anita Marie Gonzales**

Case number *(if known)* _____

| | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**<br><br>Include trade names and *doing business as* names | ■ I have not used any business name or EINs.<br><br>_____<br>Business name(s)<br><br>_____<br>EINs | ■ I have not used any business name or EINs.<br><br>_____<br>Business name(s)<br><br>_____<br>EINs |

| | | |
|---|---|---|
| **5. Where you live** | **9256 Long Grove Ave**<br>**Las Vegas, NV 89149**<br>Number, Street, City, State & ZIP Code<br><br>**Clark**<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>_____<br>Number, P.O. Box, Street, City, State & ZIP Code | **If Debtor 2 lives at a different address:**<br><br>_____<br>Number, Street, City, State & ZIP Code<br><br>_____<br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>_____<br>Number, P.O. Box, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br><br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.) | *Check one:*<br><br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.) |

| | |
|---|---|
| Debtor 1 | **Johnny Estrada Gonzales** |
| Debtor 2 | **Anita Marie Gonzales** |

Case number *(if known)* _____

---

**Part 2:**   **Tell the Court About Your Bankruptcy Case**

**7.** **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one. (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

- ■ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

---

**8.** **How you will pay the fee**

- ☐ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

- ■ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

- ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

---

**9.** **Have you filed for bankruptcy within the last 8 years?**

- ■ No.
- ☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

---

**10.** **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ■ No
- ☐ Yes.

| | | | |
|---|---|---|---|
| Debtor | _____ | Relationship to you | _____ |
| District | _____ When _____ | Case number, if known | _____ |
| Debtor | _____ | Relationship to you | _____ |
| District | _____ When _____ | Case number, if known | _____ |

---

**11.** **Do you rent your residence?**

- ■ No.   Go to line 12.
- ☐ Yes.   Has your landlord obtained an eviction judgment against you?

  - ☐ No. Go to line 12.
  - ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

---

| Debtor 1 | **Johnny Estrada Gonzales** | | |
|---|---|---|---|
| Debtor 2 | **Anita Marie Gonzales** | Case number *(if known)* | |

---

**Part 3:    Report About Any Businesses You Own as a Sole Proprietor**

**12.  Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ **No.**    Go to Part 4.

☐ **Yes.**    Name and location of business

_____
Name of business, if any

_____

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐    Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐    Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐    Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐    Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐    None of the above

**13.  Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).

☑ **No.**    I am not filing under Chapter 11.

☐ **No.**    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ **Yes.**    I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

---

**Part 4:    Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention**

**14.  Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ **No.**

☐ **Yes.**    What is the hazard? _____

If immediate attention is needed, why is it needed? _____

Where is the property? _____

_____
Number, Street, City, State & Zip Code

Debtor 1  **Johnny Estrada Gonzales**
Debtor 2  **Anita Marie Gonzales**

Case number *(if known)*

---

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |
|---|---|

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

---

Debtor 1    **Johnny Estrada Gonzales**
Debtor 2    **Anita Marie Gonzales**                                             Case number *(if known)*

| **Part 6:** | **Answer These Questions for Reporting Purposes** |
|---|---|

**16.** What kind of debts do you have?

**16a.**    **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.

■ Yes. Go to line 17.

**16b.**    **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☐ Yes. Go to line 17.

**16c.**    State the type of debts you owe that are not consumer debts or business debts

**17.** Are you filing under Chapter 7?

☐ No.    I am not filing under Chapter 7. Go to line 18.

Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?

■ Yes.    I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

■ No

☐ Yes

**18.** How many Creditors do you estimate that you owe?

☐ 1-49
☐ 50-99
■ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**19.** How much do you estimate your assets to be worth?

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**20.** How much do you estimate your liabilities to be?

☐ $0 - $50,000
■ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| **Part 7:** | **Sign Below** |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| /s/ Johnny Estrada Gonzales | /s/ Anita Marie Gonzales |
|---|---|
| **Johnny Estrada Gonzales** | **Anita Marie Gonzales** |
| Signature of Debtor 1 | Signature of Debtor 2 |
| Executed on  **December 20, 2019** | Executed on  **December 20, 2019** |
| MM / DD / YYYY | MM / DD / YYYY |

Debtor 1  **Johnny Estrada Gonzales**

Debtor 2  **Anita Marie Gonzales**

Case number *(if known)*

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ Christine M. Owen, Esq.**

Signature of Attorney for Debtor

Date  **December 20, 2019**

MM / DD / YYYY

**Christine M. Owen, Esq.**
Printed name

**Law Office of Christine Owen, Esq**
Firm name

**509 S. Seventh St**
**Las Vegas, NV 89101**
Number, Street, City, State & ZIP Code

Contact phone  **(702)986-0000**

Email address  **bankruptcy@callchristine.com**

**9141 NV**
Bar number & State

---

Johnny Estrada Gonzales
Anita Marie Gonzales
9256 Long Grove Ave
Las Vegas, NV 89149

Christine M. Owen, Esq.
Law Office of Christine Owen, Esq
509 S. Seventh St
Las Vegas, NV 89101

24 hour fitness
601 S Rainbow Blvd
Las Vegas, NV 89145

Aargon Agency
Attn: BK Dept
8668 Spring Mtn Rd
Las Vegas, NV 89117

Aargon Agency Inc
Acct No 1239151557
Attn: Bankruptcy
8668 Spring Mountain Road
Las Vegas, NV 89117

Aargon Agency Inc
Acct No 3325087438
Attn: Bankruptcy
8668 Spring Mountain Road
Las Vegas, NV 89117

Aargon Agency Inc
Acct No 3325088600
Attn: Bankruptcy
8668 Spring Mountain Road
Las Vegas, NV 89117

Aargon Agency Inc
Acct No 3325078187
Attn: Bankruptcy
8668 Spring Mountain Road
Las Vegas, NV 89117

Aargon Agency Inc
Acct No 3325081466
Attn: Bankruptcy
8668 Spring Mountain Road
Las Vegas, NV 89117

Aargon Agency Inc
Acct No 3325064255
Attn: Bankruptcy
8668 Spring Mountain Road
Las Vegas, NV 89117

Aargon Agency Inc
Acct No 3325083647
Attn: Bankruptcy
8668 Spring Mountain Road
Las Vegas, NV 89117

Aaron Sales & Lease
309 E. Paces Ferry Rd NE
Atlanta, GA 30305

ABC Finacial
PO Box 6800
North Little Rock, AR 72124

AcctCorp
Acct No D189768N1
4955 South Durango Drive
Suite 117
Las Vegas, NV 89113

AcctCorp
Acct No D190773N1
4955 South Durango Drive
Suite 117
Las Vegas, NV 89113

Ad Astra Recovery
7330 West 33rd Street North
Suite 118
Wichita, KS 67205

Afni Inc
Po Box 3517
Bloomington, IL 61702

Allied Collection Services
Acct No 325607401
Attn: Bankruptcy
3080 South Durango Drive Suite 208
Las Vegas, NV 89117

Allied Collection Services
Acct No 325481201
Attn: Bankruptcy
3080 South Durango Drive Suite 208
Las Vegas, NV 89117

Allied Collection Services
Acct No 324054001
Attn: Bankruptcy
3080 South Durango Drive Suite 208
Las Vegas, NV 89117

Allied Collection Services
Acct No 660996501
Attn: Bankruptcy
3080 South Durango Drive Suite 208
Las Vegas, NV 89117

Allied Collection Services
3080 South Durango Dr #208
Las Vegas, NV 89117

Allied Interstate
P.O. Box 19312
Minneapolis, MN 55419

Alterra Pest Control
1856 E Pama Ln B, Las Vegas
Las Vegas, NV 89119

American Medical Collection Agency
4 Westchester Plaza Suite 110
Elmsford, NY 10523

ARS National Services
PO Box 469046
Escondido, CA 92046-9046

AT&T
PO BOX 5014
Carol Stream, IL 60197

ATG Credit
Dept 467
P.O. Box 4115
Concord, CA 94524

Automated Recovery Systems
4530 S Eastern Ave # 12
Las Vegas, NV 89119

Bank of America
PO Box 15284
Wilmington, DE 19850

byl collections
301 Lacey Street Floor 2
West Chester, PA 19382

CALIFORNIA BUSINESS BUREAU
1711 S MOUNTAIN AVE
Monrovia, CA 91016

Capio Partners Llc
Acct No 6347107
Attn: Bankruptcy
Po Box 3498
Sherman, TX 75091

Capio Partners LLC
PO Box 1378
Sherman, TX 75091

Century Link
Po Box 4300
Carol Stream, IL 60197

Chase Card Services
Acct No 4147400231793629
Attn: Bankruptcy
Po Box 15298
Wilmington, DE 19850

Check City
P.O. Box 35227
Las Vegas, NV 89133

Check Systems Inc
7805 Hudson Road #100
Saint Paul, MN 55125

Cigna Corporate Headquarters
900 Cottage Grove Road
Bloomfield, CT 06002

city of san jacinto
595 S. San Jacinto ave
San Jacinto, CA 92583

Clark County Collection Service
8860 W. Sunset Rd 100
Las Vegas, NV 89148

Clark County Library
7060 West Windmill Lane
Las Vegas, NV 89113

CMRE FINANCIAL SERVICES
3075 E IMPERIAL HWY #200
Brea, CA 92821

Coast 2 Coast Financal Solutions
101 Hodencamp Rd Suite 120
Thousand Oaks, CA 91360

collection bureau of america
po box 5013
Hayward, CA 94540

Conns
Acct No 511199630
Attn: Bankruptcy
2445 Technology Forest Blvd, Bldg 4, Ste
The Woodlands, TX 77381

Convergent Outsourcing Inc
Po Box 9004
Renton, WA 98057

Convergent Outsourcing, Inc.
Acct No 57754441
Attn: Bankruptcy
Po Box 9004
Renton, WA 98057

Cox Communication
PO Box 79175
Phoenix, AZ 85062

Credence Resource Management
17000 Dallas Parkway #204
Commerce, TX 75428

CREDIT BUREAU CENTRAL
DEPT 502
PO BOX 4115
Concord, CA 94524

Credit Control
Po Box 120630
Newport News, VA 23612

Credit Management
4200 International Pkwy
Carrollton, TX 75007

Credit One Bank
Acct No 4447962379992740
Attn: Bankruptcy Department
Po Box 98873
Las Vegas, NV 89193

Crescent Jewlers
18049 Torrence Ave
Lansing, IL 60438

Delta Dental
3030 S Bundy Dr
Los Angeles, CA 90066

Desert West Surgery
Acct No 0000141702
1111 Shadow Ln
Las Vegas, NV 89102

```
Directv
PO Box 5014
Carol Stream, IL 60197

Discover Financial
Acct No 6011006110943546
Attn: Bankruptcy Department
Po Box 15316
Wilmington, DE 19850

DISH NETWORK
PO BOX 94063
Palatine, IL 60094

Dollar Loan Center
Acct No 2379190
Attn: Bankruptcy
8860 West Sunset Road
Las Vegas, NV 89148

Dollar Loan Center
Acct No 2378756
Attn: Bankruptcy
8860 West Sunset Road
Las Vegas, NV 89148

Dollar Loan Center
Acct No 2348125
Attn: Bankruptcy
8860 West Sunset Road
Las Vegas, NV 89148

Dollar Loan Center
Acct No 2332715
Attn: Bankruptcy
8860 West Sunset Road
Las Vegas, NV 89148

Dollar Loan Center
Acct No 2275558
Attn: Bankruptcy
8860 West Sunset Road
Las Vegas, NV 89148

Dollar Loan Center
Acct No 2218903
Attn: Bankruptcy
8860 West Sunset Road
Las Vegas, NV 89148

Dollar Loan Center
Acct No 2165297
Attn: Bankruptcy
8860 West Sunset Road
Las Vegas, NV 89148
```

Dollar Loan Center
Acct No 2113164
Attn: Bankruptcy
8860 West Sunset Road
Las Vegas, NV 89148

Dollar Loan Center
Acct No 2072277
Attn: Bankruptcy
8860 West Sunset Road
Las Vegas, NV 89148

Dr. Cres Miranda
 3150 N Tenaya Way #320
Las Vegas, NV 89128

Dr. Sanjay Vohra
8965 S Pecos Rd #7159
Henderson, NV 89074

Dt credit
1720 W.Rio Salado Pkwy
Tempe, AZ 85281

Enhanced Recovery Corp
Acct No 206540638
Attn: Bankruptcy
8014 Bayberry Road
Jacksonville, FL 32256

EOS Finacial
28970 Cabot Drive Suite 700
Novi, MI 48377-2978

Equiant/Thousand Trails
Acct No 841103604712
Attn: Bankruptcy
5401 N Pima Rd, Ste 150
Scottsdale, AZ 85250

Fast Bucks
4180 S. Jones Blvd #8
Las Vegas, NV 89103

FBCS
330 S. Warminster Rd Suite 353
Hatboro, PA 19040

Fedexchex
27042 Towne Centre Drive, Suite 150
Foothill Ranch, CA 92610

Financial Corporation of America
12515 Research Blvd #100
Austin, TX 78759

Forbes Magazine
499 Washington Blvd
Jersey City, NJ 07310

Getaways Resort Management
Acct No 841103604712
Po Box  78843
Phoenix, AZ 85062

Grant & Weber
5586 S Fort Apache Rd Suite110, Las Vega
Las Vegas, NV 89148

Guthy-Renker
100 N Pacific Coast Hwy.
El Segundo, CA 90245

Health Care Partners
PO Box 748356
Los Angeles, CA 90074

Health Plan of Nevada
2720 N Tenaya Way
Las Vegas, NV 89128

Hemet Hospital
1117 E. Devonshire Ave.
Hemet, CA 92543

HSBC   Premier Banking
po box 2013
Buffalo, NY 14240

Jefferson Capital Systems, LLC
Acct No 3458703521
Po Box 1999
Saint Cloud, MN 56302

KOSTER'S LEGAL DEPT
4310 S CAMERON #9
Las Vegas, NV 89103

labcorp
po box 2240
Burlington, NC 27216

Las Vegas Urology
7500 Smoke Ranch Rd Suite 200
Las Vegas, NV 89128

las vegas water
Po Box 2921
Phoenix, AZ 85062

```
LCA Collections
P.O. Box 2240
Burlington, NC 27216

lvac
1725 N Rainbow Blvd
Las Vegas, NV 89108

Matco Tools
Acct No N160504580S5460725
Attn: Bankruptcy
4403 Allen Rd
Stow, OH 44224

Matco Tools
Acct No N160504580S5388886
Attn: Bankruptcy
4403 Allen Rd
Stow, OH 44224

Matco Tools
Acct No N160504580S5313323
Attn: Bankruptcy
4403 Allen Rd
Stow, OH 44224

Medical Data Systems (MDS)
Acct No 8005718526
Attn: Bankruptcy Dept
2001 9th Ave Ste 312
Vero Beach, FL 32960

Medical Data Systems (MDS)
Acct No 8005789584
Attn: Bankruptcy Dept
2001 9th Ave Ste 312
Vero Beach, FL 32960

Medicredit Inc.
Acct No 112806483
Attn: Bankruptcy Department
Po Box 1629
Maryland Heights, MO 63043

Medicredit Inc.
Acct No 113011868
Attn: Bankruptcy Department
Po Box 1629
Maryland Heights, MO 63043

Medicredit, Inc
PO Box 1629
Maryland Heights, MO 63043
```

Metro Republic Commercial Services Inc
1751 3rd St STE 102
Norco, CA 92860-2670

Midland Funding
2227 W Trade St Ste 1610
Charlotte, NC 28202

Money Tree
Po Box 58363
Seattle, WA 98138

Montecito Town Center Dental
7175 N Durango Drive #150
Las Vegas, NV 89149

MOUNTAIN VIEW HOSPITAL
3100 N TENAYA WAY
Las Vegas, NV 89128

NEVADA HEART AND VASCULAR
Acct No 366433
PO BOX 98813
Las Vegas, NV 89193

North Shore Agency LLC
700 Seventeenth Street, Suite 200
Denver, CO 80202

Northwest Pediatrics
Acct No 18338
3630 N. Rancho Dr #104
Las Vegas, NV 89130-3111

NV Energy Corporate Headquarters
6226 W. Sahara Ave.
Las Vegas, NV 89151

One Nevada Credit Unio
2645 S Mojave Rd
Las Vegas, NV 89121

Optumcare Anesthesia
po box 206005
Dallas, TX 75320

Peak Acceptance
4100 Spring Valley Rd # 820
Dallas, TX 75244

PlusFour, Inc.
Acct No 5989486
Attn: Bankruptcy Department
Po Box 95846
Las Vegas, NV 89193

PlusFour, Inc.
Acct No 5981704
Attn: Bankruptcy Department
Po Box 95846
Las Vegas, NV 89193

PlusFour, Inc.
Acct No 5999462
Attn: Bankruptcy Department
Po Box 95846
Las Vegas, NV 89193

PlusFour, Inc.
Acct No 6315275
Attn: Bankruptcy Department
Po Box 95846
Las Vegas, NV 89193

PlusFour, Inc.
Acct No 5885555
Attn: Bankruptcy Department
Po Box 95846
Las Vegas, NV 89193

Proactive
100 N Pacific Coast Highway Suite 1400
El Segundo, CA 90245

Progressive
Po Box 31260
Tampa, FL 33631

Progressive Leasing
256 West Data Dr
Draper, UT 84020

Progressive Management Systems
1521 W. Cameron Ave First Floor
West Covina, CA 91790

Quality Readers
PO BOX 771747
Lakewood, OH 44107

Quantified Manangement Service
2821 S Parker Rd
Aurora, CO 80014

Quantum Collections
3080 South Durango Drive
Suite 105
Las Vegas, NV 89117

Quest Diagnostic
PO BOX 740351
Cincinnati, OH 45274-0351

Radiology Specialists LTD
Po Box 50709
Henderson, NV 89016

Radius Global Solutions
PO Box 390916
Minneapolis, MN 55439

Rapid Cash
1175 E. Charleston
Las Vegas, NV 89104

Recievable Management
1341 Crossways Blvd
Chesapeake, VA 23320

RGS Financial
1700 Jay Ell Dr Ste 200
Richardson, TX 75081

Santander Consumer USA
Acct No 30000136523181000
Attn: Bankruptcy
10-64-38-Fd7  601 Penn St
Reading, PA 19601

SCE (Southern California Edison)
Acct No 343161352
Attn: Bankruptcy
Po Box 800
Rosemead, CA 91770

Shadow Emergency Physicians
PO Box 13917
Philadelphia, PA 19101

southwest gas
po box 98890
Las Vegas, NV 89193

Southwest Medical Associates
P.O. Box 18402
Las Vegas, NV 89114

Spring Valley Hospital
PO Box 31001-0827
Pasadena, CA 91110

Sprint
PO Box 4191
Carol Stream, IL 60197

STARPOINT RESORT GROUP
Acct No 891-103-604712
PO BOX 78843
Phoenix, AZ 85062

Stellar Recovery Systems, Inc
1327 Highway 2, Ste 100
Kalispell, MT 59901-3413

Sunrise Hospital
3186 Maryland Pkwy
Las Vegas, NV 89101

Synchrony Bank/Care Credit
Acct No 6019183632335592
Attn: Bankruptcy Dept
Po Box 965060
Orlando, FL 32896

T-Mobile
PO Box 37380
Albuquerque, NM 87176

TV Guide Magazine
PO Box 37360
Boone, IA 50099

UNLV Medicine
PO BOX 516559
Los Angeles, CA 90051-0596

Verizon
PO BOX 660108
Dallas, TX 75266-0108

Wakefield & Associates
Acct No 15VEVY
Attn: Bankruptcy
10800 E Bethany Dr
Aurora, CO 80014

Wakefield & Associates
Acct No 15PRIT
Attn: Bankruptcy
10800 E Bethany Dr
Aurora, CO 80014

Wakefield & Associates
Acct No 15FV3H
Attn: Bankruptcy
10800 E Bethany Dr
Aurora, CO 80014

Wakefield & Associates
Acct No 151CK9
Attn: Bankruptcy
10800 E Bethany Dr
Aurora, CO 80014

Wakefield & Associates
PO Box 59003
Knoxville, TN 37950

Washington County Hospital
P.O. Box 953412
Saint Louis, MO 63195

West Star CU
PO BOX 94138
Las Vegas, NV 89193

Wolfson & Wolfson
2655 Box Canyon Dr
Las Vegas, NV 89128